Upon both grounds, therefore, I think the judgment should be reversed and a new trial ordered.

Judgment and order affirmed, with costs.

---

JOAN COHN, Respondent, *v.* ANSONIA REALTY COMPANY, Appellant.

First Department, June 5, 1914.

See head note in *Cohn* v. *Ansonia Realty Co.* (*ante*, p. 791).

APPEAL by the defendant, Ansonia Realty Company, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of New York on the 22d day of October, 1913, upon the verdict of a jury for $1,000, and also from an order entered in said clerk's office on

the 6th day of November, 1913, denying defendant's motion for a new trial made upon the minutes.

*George J. McDonnell,* for the appellant.

*Wales F. Severance,* for the respondent.

SCOTT, J.:

This action was tried with that of Aida Cohn, who was plaintiff's wife.

For the reason stated in the case of said Aida Cohn against the same defendant, this judgment and order should be affirmed, with costs.

INGRAHAM, P. J., CLARKE and HOTCHKISS, JJ., concurred; McLAUGHLIN, J., dissented.

McLAUGHLIN, J. (dissenting):

This action was brought to recover damages for loss of services of plaintiff's wife. It was tried with her action to recover damages for her injuries. Plaintiff had a recovery of $1,000.

For the reason stated by me in the opinion in *Cohn* v. *Ansonia Realty Co.* (162 App. Div. 791), decided herewith, I think this judgment and order should be reversed and a new trial granted.

Judgment and order affirmed, with costs.